No. 12–6635. LEWIS v. BROWARD COUNTY SCHOOL BOARD ET AL. C. A. 11th Cir. Certiorari denied.

No. 12–6647. ROBINSON v. NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 12–6649. REFINE v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 12–6654. BELANUS v. CHANDLER ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–6657. VALLADOLID v. SHERRY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–6658. WEBB v. WEBB. Ct. App. Tenn. Certiorari denied.

No. 12–6660. VANWINKLE v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 12–6663. ROSS v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 12–6664. MCCARTHY v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 12–6665. MOORE v. WOODS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–6670. ASHMORE v. ASHMORE ET AL. C. A. 3d Cir. Certiorari denied.

No. 12–6671. BURROWS v. CURTIN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–6672. BUFORD v. HOREL ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–6677. WASHINGTON v. VIRGA, WARDEN. C. A. 9th Cir. Certiorari denied.